UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RICHARD MICHAEL CARR, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:08-cv-0318-DFH-JMS |
| ) | |
| ABC FINANCIAL, et al., ) | |
| ) | |
| Defendants. ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.　　The plaintiff's motion to reconsider (dkt 10) the rulings in the Entry of March 19, 2008, is **denied.** See *Patel v. Gonzales,* 442 F.3d 1011, 1015-1016 (7th Cir. 2006) ("A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . .").

2.　　The original complaint in this action failed to assert a claim which invoked the limited jurisdiction of this court. That defect was explained to the plaintiff and he has responded with the amended complaint filed on April 7, 2008. Liberally construed, the amended complaint could be understood as alleging claims of business torts and breach of contract, invoking the court's diversity jurisdiction. It will be understood in this fashion.

3.　　Subject matter jurisdiction "defines the court's authority to hear a given type of case." *United States v. Morton,* 467 U.S. 822, 828 (1984). Federal courts are courts of limited jurisdiction and unlike state courts, are not vested with "inherent" or "general" subject matter jurisdiction. See *Kokkonen v. Guardian Life Ins. Co.,* 511 U.S. 375, 377 (1994)(federal courts are courts of limited jurisdiction; only possess power authorized by Constitution and statute). Accordingly,"judges must consider jurisdiction as the first order of business." *Sherman v. Community Consol. Sch. Dist. 21 of Wheeling Twp.*, 980 F.2d 437, 440 (7th Cir. 1992), *cert. denied,* 114 S. Ct. 2109 (1994).

　　a.　　The Seventh Circuit has "repeatedly held that the party invoking federal jurisdiction bears the burden of demonstrating its existence." *Hart v. FedEx Ground Pkg. Sys. Inc.,* 457 F.3d 675, 679 (7th Cir. 2006).

b.	In this case, the plaintiff invokes the court's diversity jurisdiction, which is conferred by 28 U.S.C. § 1332(a). Diversity jurisdiction requires a controversy between citizens of different states, not residents of different states. 28 U.S.C. § 1332(a)(1); *Guaranty National Title Co., Inc. v. J.E.G. Associates,* 101 F.3d 57, 58 (7th Cir. 1996). A plaintiff asserting diversity jurisdiction bears the burden of setting forth affirmative allegations establishing that this court has subject matter jurisdiction. *See e.g., Ray v. Bird & Son and Asset Realization Co.,* 519 F.2d 1081, 1082 (5th Cir.1975); 5 Charles Wright & Arthur Miller, FEDERAL PRACTICE AND PROCEDURE: CIVIL 2D § 1208, at pp. 101 n.9, 103-04 n.12 (ed.1990 and 1993 pocket part).

c.	Before proceeding in this case, the court is obligated to independently determine whether the parties meet the diversity and amount in controversy requirements of 28 U.S.C. § 1332. *Camico Mut. Ins. Co. v. Citizens Bank*, 474 F.3d 989, 992 (7th Cir. 2007). "When a plaintiff sues more than one defendant in a diversity action, the plaintiff must meet the requirements of the diversity statute for each defendant or face dismissal." *Newman-Green, Inc. v. Alfonzo-Larrain,* 490 U.S. 826, 829 (1989).

d.	The defendants in the amended complaint are ABC Financial and Murnel Properties, LLC. Murnel Properties, LLC is identified in the amended complaint as a limited liability company. "For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007). Consequently, and in order to adequately invoke the court's diversity jurisdiction, the plaintiff must identify the citizenship of each of the members of Murnel Properties, LLC as of the date the complaint was filed. *Id.*

4.	The plaintiff shall have **through June 10, 2008,** in which to **supplement his amended complaint** by alleging the citizenship of each of the members of defendant Murnel Properties, LLC.

So ordered.

_____
DAVID F. HAMILTON, Chief Judge
United States District Court

Date:   5/13/2008

Distribution:

Richard Michael Carr
#R60007
Shawnee Correctional Center
6665 State Route 146 East
Vienna, IL 62995